UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROOSEVELT AHSIM LANDS, | ) | 1:05-CV-00855-AWI-SMS-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED |
| v. | ) ) | COMPLAINT (DOCUMENT #11) |
| WOODFORD, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2005, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of September 7, 2005.

IT IS SO ORDERED.

**Dated:   October 6, 2005**            /s/ Sandra M. Snyder
b6edp0                                  UNITED STATES MAGISTRATE JUDGE