UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOSEVELT AHSIM LANDS,<br><br>             Plaintiff,<br><br>     vs.<br><br>WOODFORD, et al.,<br><br>             Defendants.<br>_____/ | 1:05-cv-00855-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22)<br><br>**ORDER DISMISSING COMPLAINT/ ACTION** |

Roosevelt Ahsim Lands ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 18, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed December 18,
8  2006, are ADOPTED IN FULL; and,
9  2.  The Complaint, and therefore this action, is DISMISSED
10 based on Plaintiff's failure to obey the Court's Order of
11 November 2, 2006, and because the Complaint fails to state a
12 claim upon which relief can be granted.

IT IS SO ORDERED.

**Dated:   February 15, 2007**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE